[No. 35363-6-II.   Division Two.   May 28, 2008.]

*In the Matter of the Detention of* FRANK D. JOHNNY.

THE STATE OF WASHINGTON, *Respondent*, v. FRANK DANIEL JOHNNY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-10280-1, Beverly G. Grant, J., entered August 9, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 35763-1-II.   Division Two.   May 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D. HARTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00246-6, Toni A. Sheldon, J., entered December 7, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 35839-5-II.   Division Two.   May 28, 2008.]

MARK S. FARHOOD ET AL., *Appellants*, v. JILL D. ALLYN, *Individually and as Administrator*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-00065-5, John F. Nichols, J., entered December 22, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 36133-7-II.   Division Two.   May 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ELWYN DAVID ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-1-00495-1, Nelson E. Hunt, J., entered April 4, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Hunt and Penoyar, JJ.